IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WARREN T. JACKSON, JR.**                                                                                             **PLAINTIFF**

v.                                              Case No. 4:23-cv-00398-KGB

**FBI; DOE 911 OPERATORS;
and LRPD**                                                                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that the plaintiff Warren T. Jackson, Jr.'s complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied.

It is so adjudged this the 25th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge